# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

**United States of America**

v.

**Edelayda Carrillo-Mendoza**

YOB: 1993

**JUDGMENT IN A CRIMINAL CASE**
(For Offenses Committed On or After November 1, 1987)

**No.  18-60959PO-001-PHX-JFM**

Carlos A. Velazquez Marrero (FPD)
Attorney for Defendant

**THE DEFENDANT ENTERED A PLEA OF** guilty on 5/16/2018 to Count 1 of the Complaint.

**ACCORDINGLY, THE COURT HAS ADJUDICATED THAT THE DEFENDANT IS GUILTY OF THE FOLLOWING OFFENSE(S):** violating Title 8, U.S.C. §1325(a)(1), Illegal Entry, a Class B Misdemeanor offense, as charged in Count 1 of the Complaint.

**IT IS THE JUDGMENT OF THIS COURT THAT** the defendant is committed to the custody of the Bureau of Prisons for a term of **TIME SERVED** on Count 1.

## CRIMINAL MONETARY PENALTIES

The defendant shall pay to the Clerk the following total criminal monetary penalties:

**SPECIAL ASSESSMENT:** REMITTED     **FINE:** NONE     **RESTITUTION:** NONE

**THE DEFENDANT IS ADVISED OF DEFENDANT'S RIGHT TO APPEAL BY FILING A NOTICE OF APPEAL IN WRITING WITHIN 14 DAYS OF ENTRY OF JUDGMENT.**

The Court orders commitment to the custody of the Bureau of Prisons.

The defendant is remanded to the custody of the United States Marshal.

Date of Imposition of Sentence:  **Wednesday, May 16, 2018**

Dated this 21st day of May, 2018.

Honorable James F. Metcalf
United States Magistrate Judge

Case 2:18-po-60959-JFM   Document 4   Filed 05/21/18   Page 2 of 2

18-60959PO-001-PHX-JFM                                                                                    Page 2 of 2
USA vs. Edelayda Carrillo-Mendoza

**RETURN**

I have executed this Judgment as follows:

defendant delivered on _____ to _____ at _____ , the institution designated by the Bureau of Prisons with a certified copy of this judgment in a Criminal case.

United States Marshal                                                             By:         Deputy Marshal

18-60959PO-001-PHX-JFM - Carrillo-Mendoza        5/20/2018 - 10:41 AM